JAMES C. NIELSEN (111889)
 jnielsen@nielsenhaley.com
CHRISTINE B. CUSICK (280646)
 ccusick@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for Defendant,
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMP RICHARDSON RESORT, INC.,<br> Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY;<br> Defendant. | Civil Action No.: 2:15-CV-01101-TLN-AC<br><br>SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 144) AND ORDER<br><br>HONORABLE<br>TROY L. NUNLEY |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

On June 16, 2015, the parties filed a stipulation pursuant to Eastern District Local Rule 144 (Fed. Rules Civ. Proc., rule 6), stating that Defendant Philadelphia Indemnity Insurance Company may have up to and including July 7, 2015, to file an answer or otherwise respond to the complaint.  That was the first extension of time in this case and extended the time to file by 20 days.

1    The parties now seek the Court's approval to stipulate that Philadelphia may have up to and including July 17, 2015, to file an answer or otherwise respond to the complaint. This is the second extension of time in this case.

    Philadelphia seeks this extension because it intends to file a motion under Rule 12b(6) and the complexity of the issues is such that defense counsel has not been able to complete its motion under the original two-week extension and will need another ten days to do so. The additional time is additionally justified because the two defense attorneys working on this matter have encountered several short-term legal emergencies on other engagements that have prevented them from devoting full time to the preparing of their initial motion here and their time has been further reduced due to a partner in their firm taking sabbatical, creating a crush of work. The Plaintiff does not object to Philadelphia's request for a second extension.

Dated: July 6, 2015                    BANKS & WATSON

                                       By: /s/
                                       ROBERTA LINDSEY SCOTT
                                       Attorneys for Plaintiff
                                       CAMP RICHARDSON RESORT, INC.

Dated: July 6, 2015                    NIELSEN, HALEY & ABBOTT LLP

                                       By: /s/
                                       CHRISTINE B. CUSICK
                                       Attorneys for Defendant
                                       PHILADELPHIA INDEMNITY INSURANCE COMPANY

In accordance with the foregoing stipulation IT IS SO ORDERED.

Dated: July 8, 2015
                                       Troy L. Nunley
                                       United States District Judge