JAMES J. BANKS (SBN 119525)
jbanks@bw-firm.com
ROBERTA LINDSEY SCOTT (SBN 117023)
rlscott@bw-firm.com
BANKS & WATSON
901 F Street, Suite 200
Sacramento, CA 95814-2403
(916) 325-1000
(916) 325-1004 (facsimile)

Attorneys for Plaintiff
CAMP RICHARDSON RESORT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMP RICHARDSON RESORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | Case No.:  2:15-CV-01101-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO FILE FIRST AMENDED COMPLAINT [L.R. 144]**<br><br>**Hon. Judge Troy Nunley** |

Plaintiff Camp Richardson Resort, Inc. ("CRR") and defendant Philadelphia Indemnity Insurance Company ("Philadelphia") through their respective counsel stipulate as follows:

WHEREAS, on December 8, 2015, this Court granted defendant Philadelphia's motion to dismiss the complaint in this matter pursuant to Federal Rule of Civil Procedure rule 12(b)(6).  The Court ordered that plaintiff CRR may file and serve a First Amended Complaint ("FAC") within 21 days of the entry of the Court's Order;

WHEREAS, on December 11, 2015, Philadelphia served responsive documents to CRR's propounded discovery consisting of approximately 2,500 pages.  Counsel for CRR is reviewing the documents and would like to complete the review as part of the analysis, decision and drafting of an amended pleading in this case.  Counsel for CRR is also reviewing the voluminous record in the underlying action, *Jameson Beach Property Owners Association, et al. v. United States of America*, *et al*., United States District Court Case No.: 2:13-cv-01025-MCE-AC, for information

relevant to the filing and maintenance of a FAC.  CRR's counsel is also reviewing and analyzing all of the authorities cited by the Court in its decision.  Counsel for CRR needs additional time to complete those tasks and undertake a thorough and thoughtful analysis of its options given the thousands of pages in the record of the underlying case, the scope of the documents produced in this case and the fact that its offices are closed several days in recognition of the Christmas and New Year holidays.  The confluence of these factors makes it difficult to undertake a thorough and proper analysis and prepare an amended pleading by the current December 30, 2015 deadline; and

WHEREAS, counsel for CRR requested of Philadelphia's counsel a two week extension of time to file a FAC.  Philadelphia's counsel graciously agreed to the request for an extension.

WHEREAS, this is the first extension of time that plaintiff CRR has requested in this case.

Therefore, CRR and Philadelphia stipulate that, subject to the Court's approval, CRR may have up to and including January 13, 2016 to file a FAC in this matter pursuant to Eastern District Local Rule 144.  (Fed. Rules Civ. Proc., rule 6.)

Dated:  December __, 2015         BANKS & WATSON

By:  _____/s/_____
ROBERTA LINDSEY SCOTT
Attorneys for Plaintiff
CAMP RICHARDSON RESORT, INC.

Dated:  December __, 2015         NIELSEN, HALEY & ABBOTT LLP

By:  _____/s/_____
JAMES C. NIELSEN
Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE CO.

IT IS SO ORDERED.

Dated:  December 23, 2015

_____
Troy L. Nunley
United States District Judge