JAMES C. NIELSEN (111889)
 jnielsen@nielsenhaley.com
DANIEL N. KATIBAH (293251)
 dkatibah@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for Defendant,
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMP RICHARDSON RESORT, INC.,<br>            Plaintiff,<br><br>    v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY;<br>            Defendant. | Civil Action No.: 2:15-CV-01101-TLN-AC<br><br>FIRST STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER (L.R. 144)<br><br>HONORABLE<br>TROY L. NUNLEY |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Under Eastern District Local Rule 144(a) (Fed. Rules Civ. Proc., rule 6), the parties hereby stipulate that Defendant Philadelphia Indemnity Insurance Company may have up to and including February 17, 2016 to file an answer or otherwise respond to Plaintiff Camp Richardson Resort, Inc.'s First Amended Complaint.  This is the third such overall extension of time in this case, but the first such extension in connection with Camp

Richardson's First Amended Complaint.

    Philadelphia seeks this extension because it intends to file a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The additional two weeks is justified because the legal arguments in Philadelphia's motion and inherent in this dispute are at once delicate and complex and will take more time to appropriately craft than the standard 21 days.  Additionally, Philadelphia's two defense attorneys working on this matter have been, and in the immediate term will continue to be, unable to devote sufficient time to this matter as they are engaged with two pre-existing appellate matters which carry with them deadlines that cannot be rescheduled and which include travelling to Fresno for oral argument.  Collectively, these matters have prevented Philadelphia's attorneys from devoting the necessary time to the preparation of their initial motion.  Camp Richardson does not object to Philadelphia's request for this extension.

January 26, 2016                                    BANKS & WATSON

By:     /s/
ROBERTA LINDSEY SCOTT
Attorneys for Plaintiff
CAMP RICHARDSON RESORT, INC.

January 26, 2016                                    NIELSEN, HALEY & ABBOTT LLP

By:     /s/
DANIEL N. KATIBAH
Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE COMPANY

In accordance with the foregoing stipulation IT IS SO ORDERED.

Dated: January 26, 2016

Troy L. Nunley
United States District Judge