UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMP RICHARDSON RESORT, INC., | No. 2:15-cv-1101 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | |
| Defendant. | |

The parties have submitted a stipulation and proposed order for a protective order. ECF No. 21. This matter was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(1).

The stipulated procedure states that confidential documents will be "filed under seal," and that any motion for a protective order will be brought under the Federal Rules of Civil Procedure. See ECF No. 21 ¶¶ 10, 12. However, under the court's Local Rules, confidential documents are not automatically filed under seal. The parties are directed to Local Rules 141 and 141.1 for the procedure for filing documents under seal and the mechanics of obtaining a stipulated protective order. In addition, any motion for a protective order will be governed by Local Rule 251, in addition to the Federal Rules. The parties may re-submit a stipulation and proposed order that

////

////

1 complies with the court's Local Rules.

2    Accordingly, IT IS HEREBY ORDERED that the proposed order (ECF No. 21), is NOT
3 APPROVED.

4 DATED: February 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2