JAMES J. BANKS (SBN 119525)
jbanks@bw-firm.com
ROBERTA LINDSEY SCOTT (SBN 117023)
rlscott@bw-firm.com
BANKS & WATSON
901 F Street, Suite 200
Sacramento, CA 95814-2403
(916) 325-1000
(916) 325-1004 (facsimile)

Attorneys for Plaintiff
CAMP RICHARDSON RESORT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMP RICHARDSON RESORT, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 2:15-CV-01101-TLN-AC<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND RELATED BRIEFING DEADLINES**<br>**[L.R. 230(f), 143, 144]**<br><br>**Hon. Judge Troy Nunley** |

Plaintiff Camp Richardson Resort, Inc. ("CRR") and defendant Philadelphia Indemnity Insurance Company ("Philadelphia") through their respective counsel stipulate as follows:

WHEREAS, on February 16, 2016, Philadelphia filed a Motion to Dismiss CRR's First Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) and set a hearing on the motion for April 7, 2016. CRR must file an opposition to the motion on or before March 24, 2016;

WHEREAS, Banks & Watson, counsel of record to Camp Richardson Resort, Inc., is counsel of record for a party in an arbitration pending before the Hon. Richard Gilbert. Judge Gilbert issued a scheduling order on March 8, 2016 with multiple briefing deadlines and hearings from March and through early April 2016, which conflict with the opposition deadline in the instant motion. This coupled with other filing deadlines caused CRR's counsel to seek an extension of time to oppose Philadelphia's

pending Motion to Dismiss;

WHEREAS, counsel for the parties stipulate that the hearing on Philadelphia's Motion to Dismiss can be continued to May 19, 2016;

WHEREAS, pursuant to stipulation, Philadelphia sought and was granted a first extension to respond to CRR's complaint in June 2015 and a second extension of time to respond to CRR's complaint in July 2015;

WHEREAS, pursuant to stipulation, CRR sought and was granted an extension of time to file a First Amended Complaint in December 2015, and Philadelphia sought and was granted an extension to file a response to the First Amended Complaint in January 2016; and

WHEREAS, this is the first extension of time that CRR has requested to oppose Philadelphia's Motion to Dismiss the First Amended Complaint.

THEREFORE, CRR and Philadelphia stipulate that, subject to this Court's order, the hearing on Philadelphia's Motion to Dismiss the First Amended Compliant be continued to May 19, 2016 at 2:00 p.m., and that the briefing deadlines be extended coexistent with the continued hearing date pursuant to Eastern District Local Rule 230(f), 143 and 144.

Dated: March 18, 2016                    BANKS & WATSON

                                         By:      /s/
                                                ROBERTA LINDSEY SCOTT
                                                Attorneys for Plaintiff
                                                CAMP RICHARDSON RESORT, INC.

Dated: March 18, 2016                    NIELSEN, HALEY & ABBOTT LLP

                                         By:      /s/
                                                DANIEL N. KATIBAH
                                                Attorneys for Defendant
                                                PHILADELPHIA INDEMNITY INSURANCE CO.

**IT IS SO ORDERED.**

Dated: March 22, 2016

                                         _____
                                         Troy L. Nunley
                                         United States District Judge